AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| MENZIES AVIATION (USA), INC. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.    0:26-cv-61278-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MENZIES AVIATION (USA), INC.
c/o CSC (Registered Agent)
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sabarish P. Neelakanta, Esq.
U.S. Equal Employment Opportunity Commission
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Tel. 786-648-5897
Email: sabarish.neelakanta@eeoc.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Apr 29, 2026

s/ Micky Quezada

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court