UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61278-CIV-MARTINEZ

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

MENZIES AVIATION (USA), INC.,

      Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion for Approval of Consent Decree [ECF No. 4]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1.    The parties' Joint Motion for Approval of Consent Decree **[ECF No. 4]** is **GRANTED**. The Consent Decree **[ECF No. 4-1]** between Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Menzie Aviation (USA), Inc., which has been duly filed as a record of the Court, is **APPROVED**.

2.    This case is **DISMISSED with prejudice**, with each party to bear their own fees and costs, except as provided by the Consent Decree.

3.    The Court retains jurisdiction over this matter for the purpose of enforcing the Consent Decree.

**DONE AND ORDERED** in Miami, Florida, this ⎵ day of May 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record